IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., <br><br> Plaintiff, <br><br> vs. <br><br> PORTER HAYDEN COMPANY, <br><br> Defendant. | Case No. 1:03-cv-03408-AMD <br> (consolidated with: 1:03-cv-03414-AMD) |

## DECLARATION OF CARLA E. SLOANE IN SUPPORT OF PORTER HAYDEN'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1. My name is Carla Sloane. I am an associate with Spriggs & Hollingsworth. I have been employed with Spriggs & Hollingsworth since November 2007. I have personal knowledge of the facts attested to herein. I make this declaration in support of Porter Hayden's Motion for Partial Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of the National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("National Union") Policy No. GLA 152 41 65 RA (4/1/84-85).

3. Attached hereto as Exhibit B is a true and correct copy of the National Union Policy No. GLA 194 03 85 RA (4/1/85-86).

4. Attached hereto as Exhibit C is a true and correct copy of the Order Confirming Third Amended Plan of Reorganization of Porter Hayden Company as Modified.

5. Attached hereto as Exhibit D is a true and correct copy of Porter Hayden Company's Asbestos Trust Distribution Procedures that the Bankruptcy Court had entered an Order approving on July 7, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of the letter from T. Dennis Feeley, President, Porter Hayden Company, to Timothy Dingilian, Counsel for National Union on Oct. 21, 2008.

I declare under penalty of perjury under the law of state of Maryland that the foregoing is true and correct.

Executed this 30th day of January 2009.

*/s/ Carla Sloane*
Carla Sloane